UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIELA OMOKWALE, § § *Plaintiff*, § § v. § § BAYLOR UNIVERSITY—LOUISE § HERRINGTON SCHOOL OF § NURSING, § § *Defendants*. § § | Civil Action No. 3:23-CV-0354-X |

## MEMORANDUM OPINION, ORDER, AND FINAL JUDGMENT

The Court **DISMISSES WITH PREJUDICE** all of Plaintiff Daniela Omokwale's claims against Defendant Baylor University for failure to prosecute and follow Court orders under Rule 41(b). Previously, the Court dismissed without prejudice Omokwale's breach-of-contract claim against Baylor University but allowed Omokwale 28 days to replead her claim. (Doc. 24). Her 28-day window for repleading has passed, and the Court does not have an amended pleading. Therefore, the Court **DISMISSES WITH PREJUDICE** this case.

Each party shall bear its own fees and costs. This is a final judgment.

**IT IS SO ORDERED** this 14th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1